UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND,
ANNUITY FUND, AND APPRENTICESHIP,
JOURNEYMAN RETRAINING,
EDUCATIONAL, AND INDUSTRY
FUND, et al.,

            Petitioners,

- against -

SUPERIOR SITE WORK, INC.,

           Respondent.

---------------------------------------------------------------X

16-cv-2560 (GHW) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

A satisfaction of judgment having been provided and filed (Dkt. 25), the restraining order entered by the undersigned on October 15, 2019 (Dkt. 20) is hereby lifted and no longer in effect.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: April 14, 2020
      New York, New York